UNITED STATES CIRCUIT COURT OF APPEALS
FOURTH CIRCUIT

UNITED STATES OF AMERICA,

    V.        Docket # 22-6698

Stanislav Yelizarov

_____

**JOINT STATUS REPORT**

The above-named Appellant, Stanislav Yelizarov, hereby files this Joint Status Report as directed by the Court and states as follows:

1.    This Court agreed to hold this case in abeyance while Mr. Yelizarov is re-sentenced. A joint status report is due.

2.    A re-sentencing was supposed to occur in early August for Mr. Yelizarov. However, he had requested the district court to appoint him new counsel. New counsel has been appointed, Richard Bardos.

3.    This counsel has conferred with Mr. Bardos and the Government and still believes holding this appeal in abeyance is appropriate.

4.    A new resentencing date has not yet been set.

5.    The Government, through AUSA Paul Budlow, authorizes the filing of this joint status report.

6.    The parties ask that they be required to file another status report in 30 days.

Respectfully submitted,

\_\_\_/s/_____
Justin Eisele
PO BOX 1127

Rockville, MD 20850
301-513-7832  F:443-588-0400
Justin.eisele@seddiqlaw.com